IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Jon Taylor,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-3240-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Application for Attorney's Fees Under Equal Access to Justice Act,* filed February 4, 2015 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Application for Attorney's Fees Under Equal Access to Justice Act,* filed February 4, 2015 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,231.50

                                                        */s/ John T. Maughmer*
                                                        **John T. Maughmer**
                                          **United States Magistrate Judge**